# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| **TAYLOR HARRIS,** | Case No. 1:22-CV-01279 |
| **Plaintiff,** | |
| -vs- | **JUDGE PAMELA A. BARKER** |
| **FORD MOTOR COMPANY,** | **JUDGMENT ENTRY** |
| **Defendant.** | |

For the reasons set forth in this Court's Memorandum Opinion and Order filed contemporaneously herewith, Defendants' Motion to Dismiss (Doc. No. 5) is GRANTED. The case is hereby terminated.

**IT IS SO ORDERED.**

                                                       *s/Pamela A. Barker*
                                                       PAMELA A. BARKER
Date:  October 13, 2022                   U. S. DISTRICT JUDGE